# SMITH

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | CR. No. 2:22-cr-20273-TLP/atc |
| ) | |
| v. ) | 18 U.S.C. § 1028(a)(7) |
| ) | 18 U.S.C. § 1029(a)(3) |
| **BRIAN ALLEN ROGERS and** ) | 18 U.S.C. § 1028A |
| **KIMBERLY NICHOLE BLACKWELL,** ) | 18 U.S.C. § 2312 |
| ) | 18 U.S.C. § 2 |
| **Defendants.** ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Identity Theft)

On or about December 16, 2018, in the Western District of Tennessee and elsewhere, the defendant,

### BRIAN ALLEN ROGERS,

did knowingly possess and use without lawful authority, in and affecting interstate commerce, the means of identification of another person, with the intent to commit and in connection with an unlawful activity that constitutes a felony violation of Tenn. Code Ann. 39-14-103. Specifically, **ROGERS** fraudulently used a false Tennessee identification bearing the image of **ROGERS** but the name and birth date of T.K. to finance the purchase of a 2017 Ford Explorer with VIN 1FM5K7F83HGC61644 from Auto Nation Ford Wolfchase, located at 7925 US 64 Highway, Memphis, Tennessee, thereby obtaining

property and monies having an aggregate value of $1,000 or more within a one-year period.

All in violation of Title 18, United States Code, Section 1028(a)(7).

## COUNT 2
### (Identity Theft)

On or about December 18, 2018, in the Western District of Tennessee and elsewhere, the defendant,

**BRIAN ALLEN ROGERS**,

did knowingly possess and use without lawful authority, in and affecting interstate commerce, the means of identification of another person, with the intent to commit and in connection with an unlawful activity that constitutes a felony violation of Tenn. Code Ann. 39-14-103. Specifically, **ROGERS** fraudulently used a false Tennessee identification bearing the image of **ROGERS** but the name and birth date of T.K. to obtain financing for the purchase of a 2018 Dodge Ram 1500 with VIN 1C6RR7MT8JS108566 from Gossett Kia, located at 1900 Covington Pike, Memphis, Tennessee, thereby obtaining property and monies having an aggregate value of $1,000 or more within a one-year period.

All in violation of Title 18, United States Code, Section 1028(a)(7).

## COUNT 3
### (Possession of Fifteen or More Unauthorized Access Devices)

Between sometime in or about February 2018 and in or about January 30, 2019, in the Western District of Tennessee and elsewhere, the defendants,

**BRIAN ALLEN ROGERS and KIMBERLY NICHOLE BLACKWELL**,

aiding and abetting one another, did knowingly and with intent to defraud, possess at least fifteen unauthorized access devices, that is, numerous social security account

2

numbers assigned to individuals other than defendants **ROGERS** and **BLACKWELL**, such conduct affecting interstate commerce.

All in violation of Title 18, United States Code, Section 1029(a)(3) and 2.

## COUNT 4
### (Aggravated Identity Theft)

Between sometime in or about February 2018 and in or about January 30, 2019, in the Western District of Tennessee and elsewhere, the defendants,

**BRIAN ALLEN ROGERS and KIMBERLY NICHOLE BLACKWELL**,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is, the names, birth dates, and social security numbers of over 700 other persons, and did aid and abet in the commission of said offense, and **ROGERS** and **BLACKWELL** did so during and in relation to the commission of a felony violation of Title 18, United States Code, Section 1029(a)(3), as alleged in Count Three.

All in violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 5
### (Interstate Transportation of Stolen Motor Vehicle)

Between on or about January 2, 2019, and on or about January 11, 2019, in the Western District of Tennessee and elsewhere, the defendant,

**BRIAN ALLEN ROGERS**,

did unlawfully transport in interstate commerce a stolen motor vehicle, to wit, a 2016 Dodge Challenger "Hellcat" with VIN 2C3CDZC97GH164646 from the State of Mississippi to the State of Tennessee, knowing the same to be stolen.

All in violation of Title 18, United States Code, Section 2312.

## COUNT 6
### (Interstate Transportation of Stolen Motor Vehicle)

Between on or about January 4, 2019, and on or about January 11, 2019, in the Western District of Tennessee and elsewhere, the defendant,

**KIMBERLY NICHOLE BLACKWELL**,

did unlawfully transport in interstate commerce a stolen motor vehicle, to wit, a 2017 Chevrolet Camaro with VIN 1G1FD1RS4H0179513 from the State of Mississippi to the State of Tennessee, knowing the same to be stolen.

All in violation of Title 18, United States Code, Section 2312.

**A TRUE BILL:**

_____

**FOREPERSON**


DATED: _____


_____
**KEVIN G. RITZ**
**UNITED STATES ATTORNEY**