SMITH

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. No. 2:22-cr-20273-TLP/tz |
| ) | |
| v. ) | 18 U.S.C. § 1028(a)(7) |
| ) | 18 U.S.C. § 1029(a)(3) |
| BRIAN ALLEN ROGERS and ) | 18 U.S.C. § 1028A |
| KIMBERLY NICHOLE BLACKWELL, ) | 18 U.S.C. § 2312 |
| ) | 18 U.S.C. § 2 |
| Defendants. ) | |

## NOTICE OF PENALTIES

### COUNTS 1-2
### (Identity Theft)

[NMT 5 years imprisonment, NMT $250,000 fine, or both, NMT 3 years supervised release, and a special assessment of $100].

### COUNT 3
### (Possession of Fifteen or More Access Devices)

[NMT 10 years imprisonment, NMT $250,000 fine, or both, NMT 3 years supervised release, and a special assessment of $100].

### COUNT 4
### (Aggravated Identity Theft)

[Mandatory 2 years imprisonment consecutive to any other term of imprisonment, NMT $250,000 fine, or both, NMT 3 years supervised release, and a special assessment of $100].

### COUNTS 5-6
### (Interstate Transportation of Stolen Motor Vehicle)

[NMT 10 years imprisonment, NMT fine $250,000, or both, NMT 3 years supervised release, and a special assessment of $100].