UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

-vs-                                                                                                  Case No. **2:22-cr-20273-TLP-2**

**KIMBERLY NICHOLE BLACKWELL,**

### ORDER APPOINTING COUNSEL PURSUANT TO
### THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

- The Federal Public Defender is appointed as counsel for the Defendant.

### TYPE OF APPOINTMENT

- All purposes including trial and appeal.

**DONE** and **ORDERED** in 167 North Main, Memphis, this 5th day of January 2023.

s/ Tu M. Pham
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake