

**U.S. Department of Justice**

United States Attorney
Western District of Tennessee

*800 Federal Office Building*     *Telephone (901)544-4231*
*Memphis, Tennessee 38103*     *Fax (901)544-4230*

January 13, 2023

Mr. James Everett Hoagland
Assistant Federal Defender
200 Jefferson, Suite 200
Memphis, Tennessee 38103

Re: *United States v. Kimberly Nichole Blackwell*
    Cr. No. 22-20273-TLP

Dear Mr. Hoagland:

    I received your letter dated January 9, 2023, requesting discovery in the above-referenced matter. The United States uses cloud-based USAfx to provide most discovery materials to opposing counsel. USAfx will allow you to preview and download discovery documents associated with this case. An invitation to access the USAfx files in this case has been emailed to you at the email address you provided to the district court. **You must download the files through USAfx within 60 days**. **After 60 days, the discovery is removed from the cloud**. Please download the documents as soon as possible. If you have any trouble accessing the materials or if you have not yet received your email invitation, please contact me immediately.

    In response to your discovery request, the United States responds as follows:

1.     As to Rule 16(a)(1)(A) – (G) of the Federal Rules of Criminal Procedure,
    a. <u>16(a)(1)(A), Defendant's oral statement</u>. Brief oral statements attributed to the defendant are in the Jackson Police report at Bates 0009 to 0011 of the discovery files available on USAfx.
    b. <u>16(a)(1)(B), Defendant's written statement</u>. The defendant's written statement is at Bates 0016 to 0021.
    c. <u>16(a)(1)(D), Defendant's prior record</u>. Please refer to the report of pre-trial services at RE-6.
    d. <u>16(a)(1)(E), Documents and tangible items</u>. All items of discovery that fall under this rule are made available at Bates 0001 to 0279 and in a U.S. Secret Service hard drive containing the returns from a Google search warrant

1

      executed as part of the investigation. A copy of that hard drive will be placed on the hard drive you provided me and will be made available for pickup no later than January 20, 2023. You are also welcomed to inspect in-person the U.S. Secret Service hard drive in the government's possession by scheduling an appointment with me to do so.

    e. <u>16(a)(1)(F), Reports of Examinations and Tests</u>. There is no report of any physical or mental examination.

    f. <u>16(a)(1)(G), Expert Witnesses</u>. The government at this time does not plan to use an expert witness but will advise you if this position changes.

2. As to Rule 404(b), the government at this time does not plan to introduce 404(b) evidence but will advise you if this position changes.

3. The government is not aware of any seized items of evidence other than the Google search warrant results and the motor vehicles referenced at Bates 0001 to 0279.

4. There was no wiretap or cellphone tracking device used in the investigation of this case.

5. The government is aware of its continuing obligation under *Brady* to make any exculpatory evidence available in a timely manner, should it exist.

6. There have been no promises or inducements made to government witnesses for the purpose of obtaining testimony.

7. The United States hereby requests any and all reciprocal discovery to which it may be entitled pursuant to Fed. R. Crim. P. 16(b) and applicable case law. Please consider this request for reciprocal discovery a continuing request under Rule 16.

                  Sincerely,

                  KEVIN G. RITZ
                  United States Attorney

    By:    s/Scott Smith
                  Assistant United States Attorney

cc: United States District Court Clerk