UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

**NOTICE OF SETTING**
**Before Judge Thomas L. Parker, United States District Judge**

April 7, 2023

RE:   2:22-cr-20273-02-TLP
      *USA v. KIMBERLEY NICHOLE BLACKWELL*

Dear Sir/Madam:

A **SENTENCING** before **Judge Thomas L. Parker** has been **SET** for **THURSDAY, AUGUST 17, 2023 at 9:00 A.M. in Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.**

<span style="color:red">*The parties are instructed to notify the case manager immediately if they anticipate an evidentiary hearing lasting over an hour. The parties are also instructed to have present any witnesses who will be needed for this hearing.</span>

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
WENDY R. OLIVER, CLERK

BY:   s/ *Jairo Mendez*
      Jairo Mendez, Case Manager
      901-495-1217
      E-mail: jairo_mendez@tnwd.uscourts.gov